```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 21121
   ROBERT S BABINEAU
   DAWN M BABINEAU                               CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2402     SSN XXX-XX-9086


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/12/08 .

     2.  The case was dismissed without confirmation, 11/14/2008.

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   NOT FILED            .00           .00
AAM                        UNSECURED       NOT FILED            .00           .00
ANJALIE KHER               UNSECURED       NOT FILED            .00           .00
FIA CARD SERVICES          UNSECURED       NOT FILED            .00           .00
BEST BANK                  UNSECURED       NOT FILED            .00           .00
CAINE & WEINER             UNSECURED       NOT FILED            .00           .00
CARMEL FINANCIAL CORP IN   UNSECURED       NOT FILED            .00           .00
CAVALRY SPV II LLC         UNSECURED       NOT FILED            .00           .00
DUPAGE VALLEY ANESTHESIO   UNSECURED       NOT FILED            .00           .00
EDWARD HOSPITAL            UNSECURED       NOT FILED            .00           .00
FARAH TURK                 UNSECURED       NOT FILED            .00           .00
FIRST NATIONAL BANK MARI   UNSECURED       NOT FILED            .00           .00
GEMB                       UNSECURED       NOT FILED            .00           .00
JC PENNEY CO               UNSECURED       NOT FILED            .00           .00
JC PENNEY CO               UNSECURED       NOT FILED            .00           .00
LABORATORY & PATHOLOGY D   UNSECURED       NOT FILED            .00           .00
MARKET STREET MORTGAGE     UNSECURED       NOT FILED            .00           .00
MED BUSINESS BUREAU        UNSECURED       NOT FILED            .00           .00
EDWARD HOSPITAL            UNSECURED       NOT FILED            .00           .00
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID

MONTEREY COUNTY BANK       UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED            .00           .00
PLAINS COMMERCE BANK       UNSECURED       NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       NOT FILED            .00           .00
TCF BANK                   UNSECURED       NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED            .00           .00
ROBERT MORRIS COLLEGE      UNSECURED       NOT FILED            .00           .00
SALLIE MAE GUARANTEE SER   UNSECURED       NOT FILED            .00           .00
```

```
SALLIE MAE GUARANTEE SER  UNSECURED        NOT FILED              .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED        NOT FILED              .00           .00
STUDENT LOAN MARKETING A  UNSECURED        NOT FILED              .00           .00
STUDENT LOAN MARKETING A  UNSECURED        NOT FILED              .00           .00
VALLEY VIEW DENTAL CTR    UNSECURED        NOT FILED              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                          SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED            .00          .00          .00          .00         .00
PRINCIPAL PAID                .00          .00          .00          .00         .00
INTEREST PAID                 .00          .00          .00          .00         .00
TOTAL PAID                    .00          .00          .00          .00         .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00
and was paid $   1156.00  direct and $      .00  through the plan.

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/11/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE